**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6837**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHN ERIC HUGHES,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:00-cr-00004-JRS-2)

Submitted:  September 20, 2012    Decided:  October 19, 2012

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Eric Hughes, Appellant Pro Se.  Gurney Wingate Grant, II, David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Eric Hughes appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hughes, No. 3:00-cr-00004-JRS-2 (E.D. Va. Apr. 17, 2012). We deny Hughes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED